01
02
03
04
05

06                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
07                                AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. MJ22 -174
09          Plaintiff,                  )
                                        )
10  v.                                  )
                                        )   DETENTION ORDER
11  AMANDA ELVERT,                      )
                                        )
12          Defendant.                  )
                                        )
13

14  Date of Detention Hearing:    April 26, 2022.

15       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3143, and
16  based upon the factual findings and statement of reasons for detention hereafter set forth, finds
17  that no condition or combination of conditions which defendant can meet will reasonably assure
18  the appearance of defendant as required and the safety of other persons and the community.

19       FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

20       1.   Defendant is alleged to have tested positive for controlled substances.
21  Defendant has no employment and unstable housing as she has been given a notice of eviction.
22  She does not have a verified release plan.  She has not been in compliance with obtaining a

DETENTION ORDER
PAGE -1

substance abuse evaluation or mental health evaluation.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending appearance in the District of Arizona, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 26th day of April, 2022.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2